U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50103 |
| versus | JUDGE STAGG |
| RONALD K. AMEND | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress Evidence (Doc. 40) is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 23rd day of _April_, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE